UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHRISTIE MICHELE HARVEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,[1] Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | No. 1:19-cv-01108-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO SUPPLEMENT OR WITHDRAW MOTION TO PROCEED WITHOUT PAYMENT OF FEES**<br><br>**(Doc. 2)** |

Plaintiff Christie Michele Harvey ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability insurance benefits pursuant to Title II and supplemental security income pursuant to Title XVI of the Social Security Act. Doc. 1. Plaintiff moves to proceed without payment of filing fees (*in forma pauperis*). Doc. 2. However, Plaintiff's affidavit states that she has $500.00 in savings and that her "[h]usband pays all bills with his income." Doc. 2 at 2. The affidavit does not disclose husband's income. Plaintiff also reports that household assets include a home and five motor vehicles, with net equity of $189,782. Doc. 2 at 2.

Because Plaintiff does not fully disclose all household income, the Court is unable to

---

[1] Commissioner of Social Security Andrew Saul is substituted as Defendant pursuant to Fed. R. Civ. P. 25(d). *See also* Section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

determine whether ordering the application to proceed without payment of filing fees is necessary or appropriate, particularly in view of the household's substantial net worth. Accordingly, within ten (10) days of this order, Plaintiff is DIRECTED to submit complete disclosure of household income and assets OR to withdraw her application to proceed *in forma pauperis* and fully pay the filing fee for this action.

IT IS SO ORDERED.

    Dated: **August 20, 2019**            **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE