# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE MICHELE HARVEY,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 1:19-cv-01108-GSA<br><br>**ORDER DISMISSING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS**<br><br>**(Doc. 2)** |

Plaintiff Christie Michele Harvey ("Plaintiff") having paid the filing fee in the above-captioned matter, the motion to proceed without prepayment of fees (Doc. 2) is hereby dismissed. The Clerk of Court is directed to issue new case documents.

IT IS SO ORDERED.

    Dated: __**September 16, 2019**__            __**/s/ Gary S. Austin**__
                                                                           UNITED STATES MAGISTRATE JUDGE