JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIE MICHELE HARVEY,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01108<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br><br><br>Doc. 21 |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 2, 2020 to August 3, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time for the Opening Brief, but the third overall in this matter.  Good cause exists for this request.  Due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.   However, Counsel has secured two additional assistants to ensure support for federal court work and is in the process of having additional counsel admitted to the Eastern District to allow for the handling of the increasing case load.

1  Plaintiff respectfully states that the requested extension is necessary due several merit
2 briefs being due on the same week. Counsel requires additional time to brief the issues
3 thoroughly for the Court's consideration. Defendant does not oppose the requested extension.
4 Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 23, 2020   PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
   JONATHAN OMAR PENA
   Attorneys for Plaintiff

Dated: June 23, 2020   MCGREGOR W. SCOTT
   United States Attorney
   DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
   Social Security Administration

By:  *\*/s/ Carolyn B. Chen*
   Carolyn B. Chen
   Special Assistant United States Attorney
   Attorneys for Defendant
   (*As authorized by email on June 23, 2020)

IT IS SO ORDERED.

   Dated:  **June 23, 2020**            **/s/ Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE

2