1

2

McGREGOR W. SCOTT
Acting United States Attorney
DEBORAH LEE STACHEL

3

Regional Chief Counsel, Region IX
Social Security Administration

4

SHARON LAHEY
Special Assistant United States Attorney

5

Social Security Administration
   160 Spear Street, Suite 800

6

   San Francisco, California  94105

7

   Telephone: 415-977-8963
   Facsimile: 415-744-0134

8

   Email: sharon.lahey@ssa.gov

9

Attorneys for DEFENDANT

10

11

UNITED STATES DISTRICT COURT

12

EASTERN DISTRICT OF CALIFORNIA

13

FRESNO DIVISION

14

CHRISTIE MICHELE HARVEY,      )   CIVIL NO. 1:19-cv-01108-GSA

15

          )

16

        Plaintiff,       )   STIPULATION AND ORDER FOR
          )   DEFENDANT'S 14-DAY EXTENSION OF

17

     vs.         )   TIME TO RESPOND TO PLAINTIFF'S
          )   BRIEF IN SUPPORT OF REMAND

18

ANDREW SAUL, Commissioner Of Social  )
   Security,         )

19

          )

20

       Defendant.     )
          )

21

22

      IT IS HEREBY STIPULATED, by and between Christie Michele Harvey ("Plaintiff") and

23

Andrew Saul, Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and

24

through their respective counsel of record, that Defendant shall have an extension of time of 14 days to

25

respond to Plaintiff's brief in support of remand.  Under the new briefing schedule, Defendant will file

26

any response on or before September 16, 2020.  Any reply thereto will be due on or before October 1,

27

2020.  This is Defendant's first extension request for an extension of time, and it is the second request

28

for an extension of time requested in the above-captioned matter.  Defendant requests this additional

STIPULATION AND PROPOSED ORDER                    CASE NO.: 1:19-cv-01108-GSA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

time because the defense counsel currently assigned to the above-captioned matter is leaving the office.

The case is being transferred to the undersigned defense attorney who requires additional time to

adequately address the issues that Plaintiff raises in her brief in support of remand.  The Parties further

stipulate that the Court's Scheduling Order shall be modified accordingly.

Date:  August 28, 2020                              PEÑA & BROMBERG, PLC


By:  /s/  *Jonathan O. Peña\**
JONATHAN O. PEÑA
(*Authorized as to form by e-mail on August 28, 2020)
Attorneys for Plaintiff

Date:  August 28, 2020                              McGREGOR W. SCOTT
                                                                      Acting United States Attorney


By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

IT IS SO ORDERED.

   Dated:   **August 31, 2020**                              **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER                                          CASE NO.: 1:19-cv-01108-GSA